# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-CIV-80758-RAR

**ORGANO GOLD INT'L, INC.,**

  Plaintiff,

v.

**AUSSIE RULES MARINE
SERVICES, LTD.,** *et al.*,

  Defendants.

_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court on Defendants' Motion to Enforce Settlement Agreement ("Motion") [ECF No. 138]. Defendants seek entry of final judgment in the amount of $1,800,000 in accordance with the Parties' Settlement Agreement [ECF No. 137]. Plaintiff did not respond to Defendant' Motion. Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant's Motion is **GRANTED**. Final judgment is hereby entered in favor of ABG-Shark, LLC in the amount of $1,800,000. Plaintiff shall take nothing from this action and Defendants shall go hence without day.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of February, 2020.

_____

**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**



Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By: _____ Deputy Clerk
Date